
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. '21 MJ3365 |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | Title 8, USC 1324(a)(1)(A)(ii) |
| ) | Transportation of Illegal Aliens |
| ) | |
| ) | Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |
| Bougar Robert LINARES-Soto, ) | |
| Alejandro LOPEZ-Francisco ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

The undersigned complainant being, duly sworn, states:

## Count One

On or about August 16, 2021, within the Southern District of California, defendant Bougar Robert LINARES-Soto, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Abraham CONTRERAS- Granados, Jose Francisco GUERRERO-Alvarez, and Yolanda RODRIGUEZ-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count Two

On or about August 16, 2021, within the Southern District of California, defendant Alejandro LOPEZ-Francisco, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Abraham CONTRERAS- Granados, Jose Francisco GUERRERO-Alvarez, and Yolanda RODRIGUEZ-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON AUGUST 17, 2021.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Bougar Robert LINARES-Soto,
Alejandro LOPEZ-Francisco

## PROBABLE CAUSE STATEMENT

The complainant states that Abraham CONTRERAS-Granados, Jose Francisco GUERRERO-Alvarez and Yolanda RODRIGUEZ-Hernandez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 16, 2021, Supervisory Border Patrol Agent-Intelligence M. Madueno was conducting his assigned duties in the Chula Vista Station's area of responsibility. Agent Madueno was operating an unmarked government vehicle with his service badge hanging from his neck. At approximately 12:23 AM, Agent Madueno was alerted that there was a seismic intrusion device activation in an area known to agents as "South Calpine." At the time of the activation, the Mobile Surveillance Capabilities (MSC) scope operator observed five individuals walking in the area. After an extensive search, agents were unable to locate the five individuals due to heavy vegetation in the vicinity.

At approximately 8:06 AM, Agent Madueno was parked on a road called "Paseo De La Fuente," when he noticed a black sedan approach the area. Agent Madueno observed the vehicle driving slow and it came to a stop near the area where the MSC operator had previously observed the five individuals. Agent Madueno alerted other agents in the area of his observations and the description of the sedan. Agent Madueno observed that the driver had a florescent yellow construction vest and a baseball hat. Agent Madueno then observed the sedan continued eastbound on "Paseo de la Fuente."

At approximately 8:10 AM, Border Patrol Agent R. Barron notified agents to be on alert for a Black Kia Optima. Shortly after, Agent Madueno decided to drive the same direction as the black sedan and observed that it was parked at the corner of Paseo De La Fuente and Access Road. Agent Madueno noticed the driver, later identified as the defendant Bougar Robert LINARES-Soto, walking on the north side of the road of Paseo De la Fuente and appeared to be looking for something while talking on his phone. Agent Madueno noticed that LINARES then went to the south side of the road and began looking for something near a ditch line. The area that LINARES was walking in was the approximate area that the five individuals were last seen earlier by the MSC operator. Agent Madueno drove past LINARES, eventually made a U-turn and headed westbound on Paseo de La Fuente. As Agent Madueno was driving westbound towards Alta Road, he observed that the last three digits of the sedans license plate matched the

CONTINUATION OF COMPLAINT:
Bougar Robert LINARES-Soto,
Alejandro LOPEZ-Francisco

Black Optima that Agent Barron alerted on.

At approximately 8:21 AM, Border Patrol Agent J. Johnson, who was operating an MSC, notified agents that he observed five individuals get into the Optima. Border Patrol Agent A. Gumbs responded to the area and attempted to perform a stop on the Optima. LINARES was not yielding to Agent Gumbs' lights and siren. Agent Madueno followed behind Agent Gumbs in pursuit of the Optima. Border Patrol Agent E. Ortiz set up a vehicle immobilization device (VID) on Otay Mesa Road between Alta Road and Enrico Fermi Drive. At approximately 8:23 AM, Agent Ortiz successfully deployed the VID across the lane. Although the Optima did run over the VID, it continued driving. At this time, Agent Gumbs performed a precision immobilization technique (PIT) maneuver to bring the Optima to a complete stop. The PIT maneuver was successful and the vehicle came to a stop approximately a half mile west of the Otay Mesa, California Port of Entry and approximately one mile north of the United States/ Mexico International Boundary.

Border Patrol Agent F. Hurtado arrived on scene and approached the vehicle. Agent Hurtado noticed individuals in the rear compartment laying on top of each other as well as a front passenger and driver. Agent Hurtado identified himself as a Border Patrol Agent and conducted an immigration inspection. LINARES stated that he is a United States Citizen, and the five passengers, including four later identified as defendant, Alejandro LOPEZ-Francisco and material witnesses, Abraham CONTRERAS-Granados, Jose Francisco GUERRERO-Alvarez and Yolanda RODRIGUEZ-Hernandez, stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 8:27 AM, Agent Hurtado placed all five passengers, including LOPEZ, CONTRERAS, GUERRERO and RODRIGUEZ, under arrest. At approximately 8:29 AM, Agent Hurtado placed LINARES under arrest.

The defendant LINARES was read his Miranda Rights. LINARES stated that the understood his rights and was willing to answer questions without an attorney present. LINARES stated that he re-entered the United States from Mexico at the San Ysidro Port of Entry. LINARES stated that he was going to go home, but he decided to drive on the State Route 905. LINARES stated that he was driving north on on Paseo De La Fuente when he saw a construction worker and he got out of the vehicle. LINARES stated that he walked across the street from his car and observed individuals sitting on some rocks. LINARES stated that the individuals asked him for a ride and he accepted. LINARES stated that he did not know they were illegal immigrants. LINARES stated that once he left the area, he began to feel like someone was chasing him.

**CONTINUATION OF COMPLAINT:**
Bougar Robert LINARES-Soto,
Alejandro LOPEZ-Francisco

LINARES stated that he was not aware of his speed, since he did not know who was chasing him. LINARES stated that after driving through two red lights he realized that the vehicle was law enforcement.

The defendant LOPEZ was read his Miranda Rights. LOPEZ stated that he understood his rights and was willing to answer questions without any attorney present. LOPEZ self admitted to being a foot guide in this event and that he was recruited in Tijuana, Mexico by an individual. LOPEZ claimed that on this event six individuals entered the United States, but one of them was another foot guide, which told him to lead the group the rest of the way. LOPEZ stated that once they arrived at the pick-up location, he called the individual that recruited him and was told to get ready to be picked up. LOPEZ stated that at approximately 8:00 AM, he observed a dark colored vehicle stop, and a male, later identified as LINARES, get out and ask them if they were the individuals that the recruiter sent. LOPEZ acknowledged and was told by LINARES to get into the vehicle and that he was going to take them to Los Angeles, California. LOPEZ stated that after driving for a while, LINARES observed through the rear view mirror that agents were following them. LOPEZ stated that LINARES panicked and started to pick up speed. LOPEZ stated that LINARES kept driving fast until he felt the tires explode, but LINARES would not stop. LOPEZ stated that LINARES attempted to make a call, but nobody answered. Shortly after, they were rammed by another car and came to a complete stop.

Material witnesses, CONTRERAS, GUERRERO and RODRIGUEZ, admitted to being citizens of Mexico, not in possession of any documents that would allow them to enter or remain in the United States legally. MARTINEZ and GUERRERO stated that they were going to pay between $8,500 and $10,000 USD to be smuggled into the United States. All three material witnesses were shown a photographic line-up. CONTRERAS and GUERRERO were able to identify LINARES as the driver of the vehicle and LOPEZ as the foot guide. RODRIGUEZ was able to identify LOPEZ as the foot guide. CONTRERAS, GUERRERO and RODRIGUEZ stated that once the vehicle arrived, the driver opened the doors and told them to get in. CONTRERAS, GUERRERO and RODRIGUEZ stated that the driver began to drive fast when he saw Border Patrol following him. GUERRERO stated that he asked the driver to pull over several times, since he had did not put his seatbelt and was fearing for his life.